UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY DELGADILLO, et al,<br><br>        Plaintiffs,<br><br>  v.<br><br>DEAN AND MAI DAILY,<br><br>        Defendants. | Case No.: C 09-4999 PVT<br><br>**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE AND SETTING MATTER ON DISMISSAL CALENDAR** |

On August 30, 2010, the parties filed a Case Management Conference Statement in which they inform the court the case has settled. Therefore,

IT IS HEREBY ORDERED that the pending hearing and Case Management Conference dates are VACATED.

IT IS FURTHER ORDERED that, if not sooner dismissed, the parties shall appear for a dismissal hearing at 10:00 a.m. on September 28, 2010.

Dated: *9/3/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*