James F. Zahradka II, Bar No. 196822
jamesz@lawfoundation.org
Jessica Fry, Bar No. 264480
jessicaf@lawfoundation.org
Sayuri K. Sharper, Bar No. 232331
ssharper@alum.mit.edu
LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT
152 North Third Street, Third Floor
San Jose, CA 95112
Telephone:  (408) 280-2458
Facsimile:  (408) 293-0106

Attorneys for Plaintiffs Timothy, Anita, and Ana Delgadillo

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| TIMOTHY DELGADILLO, ANITA DELGADILLO, and ANA DELGADILLO<br><br>Plaintiffs,<br><br>v.<br><br>DEAN and MAI DAILY<br><br>Defendants. | Case No. C09-04999-PVT<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

WHEREAS, Plaintiffs Timothy, Ana, and Anita Delgadillo filed their Complaint for Violation of the Federal Fair Housing Amendments Act; California Fair Employment and Housing Act; Unruh Civil Rights Act, § 54.1 California Civil Code; Negligence; and Negligent Infliction of Emotional Distress on October 20, 2009;

WHEREAS Plaintiffs and Defendants Dean and Mai Daily settled this matter on or about August 24, 2010;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants through their designated counsel that the above-captioned action should be dismissed pursuant to FRCP 41(a)(1)(A). The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

Dated: October 7, 2010            **FAIR HOUSING LAW PROJECT**
                                          **Law Foundation of Silicon Valley**

                                          /s/_____
                                          Jessica Fry
                                          Attorney for Plaintiffs

Dated: October 7, 2010            **CLAPP, MORONEY, BELLAGAMBA,**
                                          **VUCINICH, BEEMAN & SCHELEY**

                                          /s/_____
                                          Paul Sheng
                                          Attorney for Defendants

      **Filer's Attestation:** Pursuant to General Order No. 45 §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 7, 2010            /s/_____
                                          Jessica Fry

[PROPOSED] ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed pursuant to FRCP 41(a)(1)(A).

2. Each party shall bear their own costs and attorneys' fees.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the August 24, 2010, Settlement Agreement.

IT IS SO ORDERED.

Dated: 10/22/10

*Patricia V. Trumbull*
Honorable Patricia V. Trumbull
United States Magistrate Judge
Northern District of California

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
C09-04999 PVT